**FILED**

November 24, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                             )          Case No. MAG. -08-0412 DAD
          Plaintiff,     )
v.                         )          ORDER FOR RELEASE OF
                          )          PERSON IN CUSTODY
BOBBY WILKERSON ,        )
                          )
          Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Bobby Wilkerson , Case No. Mag. 08-0412

DAD, Charge Title 21 USC §§ 841; 846 , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

      __     Release on Personal Recognizance

      X     Bail Posted in the Sum of $ *100,000*

          X    Unsecured Appearance Bond *but mother's retirement account orally pledsed to cover bond.*

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

          X    (Other)   *Pretrial Services Supervision of conditions of release.*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 24, 2008  at  **3:30**  pm  .

                          By   *Dale A. Drozd*

                              Dale A. Drozd
                              United States Magistrate Judge